IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 4:13-cr-00091 KGB

OSCAR ALBERTO MORENO-VALOIS and
FERNANDO SALGADO                                                                              DEFENDANTS

## ORDER

Before the Court is the government's motion for permission to contact jurors pursuant to Local Rule 47.1 of the Eastern District of Arkansas (Dkt. No. 87).  Defendant Oscar Alberto Moreno-Valois has responded to the motion (Dkt. No. 90).  Counsel for defendant Fernando Salgado has indicated that he has no objection to the motion.

On February 4, 2015, the jury returned guilty verdicts on the lesser offense of Count 1 of the Indictment as to defendants Oscar Alberto Moreno-Valois and Fernando Salgado.  The government requests that the Court direct the Clerk of the Court to contact the jurors by letter to determine their willingness to be contacted further by the government.  The government also requests that the Court allow the government to contact jurors who are willing to speak with the government.  In his response, Mr. Moreno-Valois indicates that he also would like to ask questions of jurors who are willing to be contacted.  Mr. Moreno-Valois requests that the parties inform the Court of what questions they propose to ask the jurors and that the Court ask the jurors if they are willing to answer those questions.

To the extent that the government requests that the Clerk of the Court contact the jurors by letter to determine their willingness to be contacted further by counsel for the parties, the

Court grants the government's motion (Dkt. 87). The Court directs the Clerk of the Court to contact the jurors to determine their willingness to be contacted by counsel for the parties.

To the extent that the government and Mr. Moreno-Valois wish to ask questions of jurors who are willing to be contacted, the Court grants the government's motion and Mr. Moreno-Valois's request, subject to the following conditions: Counsel for the parties shall confer and submit to the Court within 14 days of the entry of this Order, for the Court's review and approval, questions they agree upon asking those jurors who are willing to be contacted. Furthermore, within 14 days of the entry of this Order, counsel for the parties also shall submit for the Court's review questions on which counsel do not agree, but that each counsel would ask, if permitted by the Court to do so. Upon receiving these proposed questions, the Court will determine the method for juror contact and which questions may be asked.

SO ORDERED this 7th day of April, 2015.

_____
Kristine G. Baker
United States District Judge